Form 27 - GENERAL PURPOSE
MAYERSON & ASSOCIATES
ATTN:
U.S.SOUTHERN DIST. COURT     NEW YORK   COUNTY

---

| | |
|---|---|
| V.O.AND I.O.ON BEHALF OF D.O.          plaintiff | Index No. **08 CV 01557** |
| | Date Filed ............ |
| - against - | Office No. |
| NEW YORK CITY DEPARTMENT OF        defendant<br>EDUCATION | Court Date:   / / |

---

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**JOEL GOLUB**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the  **19th**  day of February, 2008       at  **01:23 PM.**,                at
   **%CITY OF NEW YORK LAW DEPARTMENT**
   **100 CHURCH ST,4TH FL.NEW YORK, NY 10007**
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **NEW YORK CITY DEPARTMENT OF EDUCATION**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **SORAYA BONIT, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
      SEX: **FEMALE**         COLOR: **BLACK**          HAIR: **BLACK**
      APP. AGE: **55**        APP. HT: **5:9**          APP. WT: **150**

OTHER IDENTIFYING FEATURES: **GLASSES**

Sworn to before me this
19th  day of  February, 2008g

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB   701893
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7MA7112585

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

V.O. and I.O. on behalf of D.O.
Plaintiff

v.

New York City Department of Education
Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08 CV 01557

TO: (Name and address of defendant)

MICHAEL A. CARDOZO, ESQ.
CITY OF NEW YORK LAW DEPARTMENT
100 CHURCH STREET - 4TH FLOOR
NEW YORK - NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mayerson & Associates
Attn: Gary S. Mayerson
330 West 38th Street, Suite 600
New York, New York 10580

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    FEB 1 4 2008
CLERK                                                  DATE

(BY) DEPUTY CLERK