UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

V.O. and I.O. on behalf of D.O.,

                               Plaintiffs,

                -v-

New York City Department of Education,

                               Defendant.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 CV 01557 (RJS)

       **PLEASE** enter the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf of the defendant NEW YORK CITY DEPARTMENT OF EDUCATION in the above-titled action.

Dated:      New York, New York
              March 4, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the
                                            City of New York
                                          Attorney for Defendants
                                          100 Church Street, Room 2-306
                                          New York, N.Y. 10007
                                          (212) 788-0957
                                          e-mail: stweber@law.nyc.gov

                                          By: _____
                                             Steven D. Weber (SW-7627)
                                             Assistant Corporation Counsel

CC: Gary Mayerson, attorney for plaintiffs (BY ECF)