**MEMO ENDORSED**



```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/08
```

THE CITY OF NEW YORK

**LAW DEPARTMENT**

MICHAEL A. CARDOZO
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

STEVEN D. WEBER
phone: 212-788-0957
fax: 212-788-0940
email: stweber@law.nyc.gov

March 28, 2008

**BY HAND**
Hon. Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007

    Re:  V.O and I.O. on behalf of D.O. v. New York City Dept. of Education,
           08 CV 1557 (RJS)

Dear Judge Sullivan:

       I am the Assistant Corporation Counsel who has just been assigned to the above-referenced case. I write on behalf of defendant New York City Department of Education ("NYCDOE") to respectfully request an extension of time for the NYCDOE to respond to the Complaint, from April 2, 2008, until May 2, 2008. This is the second request for an extension of time in this matter. Plaintiffs consent to this request.

       Plaintiffs herein allege that they are entitled to attorney's fees in that, in April 2005, they substantially prevailed at an administrative hearing relating to the educational placement of their child, D.O. If the record ultimately demonstrates that Plaintiffs were in fact the prevailing party, the NYCDOE does not dispute that counsel is entitled to reasonable fees. In fact, the NYCDOE has a process for obtaining fees in this context. Plaintiffs' counsel has been previously informed of this process (and in fact, has previously utilized this process), but has instead opted to seek relief from this Court in the first instance.

       In any event, I have contacted Plaintiffs' counsel to request that he provide Defendant with copies of his billing records. Plaintiffs' counsel has indicated that he will do so shortly. An extension of time will allow for such records to be transmitted, and for Defendant's counsel to analyze Plaintiffs' request and explore the possibility of settlement.

       Thank you for your consideration of this request for an extension of time to respond to the Complaint until May 2, 2008.

Respectfully Submitted,

Steven D. Weber
Assistant Corporation Counsel

cc:   By Fax
      Mayerson & Associates
      Attn: Gary S. Mayerson
      330 West 38th Street, Suite 600
      New York, New York 10580
      Fax: 212-265-1735

*Request granted. However, no further extensions will be granted absent truly compelling circumstances.*

SO ORDERED
Dated: 4/1/08
RICHARD J. SULLIVAN
U.S.D.J.